◼ In the Matter of the Arbitration between JOEL SAPERSTEIN, Appellant, and WALTER DUKE, Respondent.—In a proceeding to stay arbitration, petitioner appeals from an order of the Supreme Court, Rockland County,

entered March 17, 1976, which, *inter alia,* denied the application. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Kelly at Special Term. Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.